UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAHEEL EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:15-CV-149-PLR-CCS |
| | ) |
| OFFICER FUSTOS, OFFICER | ) |
| MCKINNEY, LIEUTENANT STEVENS, | ) |
| and JIMMY JONES, Knox County Sheriff, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM & ORDER**

This Knox County jail inmate filed this pro se civil rights action under 42 U.S.C. § 1983. A copy of an order entered in this lawsuit and a service packet was mailed to Plaintiff at the address he listed as his current address in his complaint, but this correspondence was returned to the Court by the postal authorities more than ten days ago, with the face of the envelope marked, "Return to Sender- Unable to Forward" [Doc. 3]. It therefore is clear that Plaintiff has failed to provide the Court with notice of his correct address and equally clear that, without his correct and current address, neither the Court nor Defendants can communicate with him regarding his case. The Court forewarned Plaintiff that failure to advise the Court and Defendants of his correct address would result in dismissal of his case [Doc. 2 p. 7].

Accordingly, this action will be **DISMISSED**, sua sponte, for Plaintiff's failure to follow orders of this Court and for want of prosecution. Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) (recognizing a court's authority to dismiss a

case sua sponte for lack of prosecution); *White v. City of Grand Rapids*, No. 01-229234, 34 F.App'x 210, 211(6th Cir. 2002) (finding that a pro se prisoner's complaint "was subject to dismissal for want of prosecution because he failed to keep the district court apprised of his current address"); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

Finally, given the reason for this dismissal, the Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. *See* Rule 24 of the Federal Rules of Appellate Procedure.

**AN APPROPRIATE ORDER WILL ENTER**.

**ENTER**:

_____
**UNITED STATES DISTRICT JUDGE**